Nena L. HICKMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72035.

Missouri Court of Appeals,
Western District.

April 3, 2012.

Laura G. Martin, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and THOMAS H. NEWTON and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Appellant, Nena Hickman, was tried and convicted by a jury of first-degree murder and armed criminal action. Following affirmance of her convictions on direct appeal, Hickman filed a Rule 29.15 motion for post-conviction relief, arguing that trial counsel rendered ineffective assistance through a failure to object to: (1) her wearing a leg restraint during trial, and (2) a statement in the prosecutor's closing ar-

gument that she claims misstated the evidence. The motion court rejected Hickman's claims after an evidentiary hearing. We affirm. Rule 84.16(b).